UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

——————

JOHN ROBERT DEMOS, JR.,

                    Petitioner,                                    Case No. 1:18-cv-856

v.                                                                       Honorable Paul L. Maloney

DONALD R. HOLBROOK,

                    Respondent.

_____/

## ORDER OF TRANSFER

This is a habeas corpus action filed by a state prisoner under 28 U.S.C. § 2254. Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows a petition to be filed either in the district where the petitioner is in custody or in the district in which the petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner John Robert Demos, Jr. is incarcerated with the Washington State Department of Corrections at the Washington State Penitentiary in Walla Walla County, Washington. Petitioner was convicted in King County, Washington. King County is located in the Western District of Washington, and Walla Walla County is located in the Eastern District of Washington. 28 U.S.C. § 128. Venue, therefore, lies in one of those districts, not in the Western District of Michigan. Accordingly,

**IT IS ORDERED** that this case is hereby transferred to the United States District Court for the Eastern District of Washington, pursuant to 28 U.S.C. § 1406(a).

Dated: August 23, 2018                                    /s/ Ray Kent
                                                                      United States Magistrate Judge